# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| KATHERINE FINGER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01798-RGA |
| ) | |
| vs. ) | |
| ) | |
| ROGERS CORPORATION, KEITH L. ) | |
| BARNES, MEGAN FAUST, BRUCE D. ) | JURY TRIAL DEMANDED |
| HOECHNER, CAROL R. JENSEN, KEITH ) | |
| LARSON, GANESH MOORTHY, JEFFREY J. ) | |
| OWENS, HELENE SIMONET, and PETER C. ) | |
| WALLACE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 9, 2022          **LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*